Stanley Cave et al., Appellants, *v.* Irving A. Green et al., Respondents.

Submitted November 30, 1953; decided December 3, 1953.

*Irving Sverdlik* for motion.
*Cora T. Walker* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless appellants serve and file the undertaking on appeal and pay $10 costs within ten days, in which events motion denied.